| | |
|---|---|
| 1 | Marc S. Strecker, Esq. (Cal. Bar No.: 140644) |
|   | marc.strecker@sbcglobal.net |
| 2 | STRECKER LAW OFFICES |
|   | 2600 Michelson Drive, Suite 1700 |
| 3 | Irvine, California  92612 |
|   | Telephone:  (949) 852-3600 |
| 4 | Facsimile:  (949) 861-9696 |
| 5 | Attorneys for Plaintiff JOSEPH A. BRANDSTETTER |
| 6 | COOLEY LLP |
|   | BRENDAN J. HUGHES (pro hac vice) |
| 7 | bhughes@cooley.com |
|   | 1299 Pennsylvania Avenue, NW, Suite 700 |
| 8 | Washington, DC  20004-2400 |
|   | Telephone:    (202) 842-7800 |
| 9 | Facsimile:    (202) 842-7899 |
| 10 | JOHN PAUL OLEKSIUK (283396) |
|   | jpo@cooley.com |
| 11 | 1333 2nd Street |
|   | Suite 400 |
| 12 | Santa Monica, CA  90401 |
|   | Telephone:    (310) 883-6400 |
| 13 | Facsimile:    (310) 883-6500 |
| 14 | JUDD D. LAUTER (290945) |
|   | jlauter@cooley.com |
| 15 | 3175 Hanover Street |
|   | Palo Alto, CA  94304-1130 |
| 16 | Telephone:    (650) 843-5000 |
|   | Facsimile:    (650) 849-7400 |
| 17 | |
| 18 | Attorneys for Defendant |
|   | DISTRIBUTED CREATION, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BRANDSTETTER, an individual, | Case No.  2:19-cv-00184-SVW-AS |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | Complaint served:  March 21, 2019 |
| DISTRIBUTED CREATION INC., a Delaware corporation; and DOES 1 through 200, inclusive, | Trial:  February 18, 2020 |
| Defendant. | |

1.                                **JOINT STIPULATION OF DISMISSAL**

Plaintiff Joseph A. Brandstetter ("Plaintiff") and Defendant Distributed Creation, Inc. ("Defendant"), through their respective counsel of record, hereby STIPULATE AND AGREE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the entire action, including all parties and all claims, be dismissed with prejudice, each party to bear his or its own costs and fees.

Dated: September 16, 2019　　STRECKER LAW OFFICES

/S/
Marc S. Strecker
Attorneys for Plaintiff
Joseph A. Brandstetter

Dated: September 16, 2019　　COOLEY LLP

/S/
Brendan J. Hughes
John Paul Oleksiuk
Judd D. Lauter
Attorneys for Defendant
Distributed Creation Inc.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories concur in the document's content and have authorized its filing.

**PROOF OF SERVICE BY ELECTRONIC MAIL**

STATE OF CALIFORNIA)
COUNTY OF ORANGE    )

 I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2600 Michelson Drive, Suite 1700, Irvine, CA 92612. On September 16, 2019, I served the foregoing document described as:

 **JOINT STIPULATION OF DISMISSAL**

on the interested parties in this action as follows:

BY ELECTRONIC MAIL:

The parties have entered into an agreement for the electronic service of documents pursuant to FRCP 5(b)(2)(E). Pursuant to that agreement, I caused the document(s) listed above to be emailed in PDF format to those listed below:

 COOLEY LLP
 BRENDAN J. HUGHES (*pro hac vice*) bhughes@cooley.com
 1299 Pennsylvania Avenue, NW, Suite 700
 Washington, DC  20004-2400
 Telephone:  (202) 842-7800
 Facsimile:   (202) 842-7899

 JOHN PAUL OLEKSIUK (283396)
 jpo@cooley.com
 1333 2nd Street
 Suite 400
 Santa Monica, CA  90401
 Telephone:  (310) 883-6400
 Facsimile:   (310) 883-6500

 JUDD D. LAUTER (290945)
 jlauter@cooley.com
 3175 Hanover Street
 Palo Alto, CA  94304-1130
 Telephone:  (650) 843-5000
 Facsimile:   (650) 849-7400

Counsel for Defendant DISTRIBUTED CREATION, INC.

 I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. This declaration was executed by me on September 16, 2019.

         _____/s/ Marc S. Strecker_____
             Marc S. Strecker